AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| BTL INDUSTRIES, INC.<br><br>*Plaintiff(s)*<br>v.<br>BEAUTY QUEEN BY IRINA, INC d/b/a BODY SPA BY IRINA and IRINA KHAIMOV,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-4360    LDH-MMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BEAUTY QUEEN BY IRINA, INC d/b/a BODY SPA BY IRINA
66-71 Selfridge Street, Forest Hills, New York 11375

IRINA KHAIMOV
159 Whitman Drive, Brooklyn, New York 11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Padmaja Chinta
Chinta & Fratangelo LLP
One World Trade Center, Suite 8500
New York, NY 10007
pchinta@chintafratangelo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

s/Kimberly Davis

Date: 6/13/2023

*Signature of Clerk or Deputy Clerk*